NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

DONALD WADE PURCELL, *Petitioner*.

No. 1 CA-CR 25-0217 PRPC

FILED 04-30-2026

Petition for Review from the Superior Court in Maricopa County
No. CR2014-000859-001
The Honorable Mark H. Brain, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Philip D. Garrow
*Counsel for Respondent*

Donald Wade Purcell, Yuma
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Michael S. Catlett, Judge Angela K. Paton, and Judge Jennifer M. Perkins delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**          Petitioner Donald Wade Purcell seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's third petition.

**¶2**          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *See State v. Gutierrez*, 229 Ariz. 573, 576–77 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**          We grant review and deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:          JR